# Court of Appeals
# of the State of Georgia

ATLANTA, November 29, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2519. MIRZA v. LAW OFFICE OF ESTHER PANITCH, P.C.**

On August 13, 2012, this appeal was docketed in this Court. Court of Appeals Rule 23 (a) provides that appellant's brief shall be filed within 20 days after the appeal is docketed. Failure to file within that time, unless extended upon motion for good cause shown, may subject the appeal to be dismissal. Court Rule 23 (a) also provides that any motion for extension of time to file appellant's brief and enumeration of errors must be filed before the date the documents are due or the Court may dismiss the appeal. *Smith v. R. James Properties, Inc.*, 292 Ga. App. 317 (665 SE2d 19) (2008).

The appellant's brief was due on September 4, 2012. As of the date of this order, the appellant has not filed an appellate brief or a motion for extension of time to file such documents. Accordingly, this appeal is ordered DISMISSED. Court of Appeals Rule 23 (a).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/29/2012
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



, Clerk.